UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: | |
| FATIMA M DANIELS | Chapter 13 |
| | Case No. 22-10345-DJB |
| Debtor | |
| ALLY BANK | |
| Movant | Hearing Date: June 12, 2025 at 11:00 AM |
| | Response Deadline: June 5, 2025 |
| v. | |
| FATIMA M DANIELS | |
| (Debtor) | |
| TROY D DANIELS | |
| (Co-Debtor) | |
| KENNETH E. WEST | |
| (Trustee) | |
| Respondents | |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY,
RESPONSE DEADLINE AND HEARING DATE**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than June 5, 2025 [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Derek J. Baker as found on his Procedures webpage at https://www.paeb.uscourts.gov/content/judicial-practices-and-procedures-judge-derek-j-baker.   If   you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

***You should take this Notice and the Motion to a lawyer at once.***

A hearing will be held on June 12, 2025 at 11:00 AM before Judge Derek J. Baker in Courtroom 2, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, 2nd floor, Philadelphia, PA, 19107. Judge Baker offers the option to participate either IN PERSON in Courtroom # 2 OR by VIDEO conference on ZOOMGOV.com with JOIN meeting ID: 161 0657 4791 (unless otherwise directed for specific hearings).  In an emergency- if you are only able to connect by phone, dial 551-285-1373 and join using the meeting ID: 161 0657 4791

Date: <u>May 16, 2025</u>

Respectfully Submitted,

<u>*/s/ Elizabeth A. Trachtman*           </u>
Elizabeth A. Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Nicole M. Francese, Esq. PA 332253
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
mbradford@orlans.com
nfrancese@orlans.com
File Number: 25-006888